**FAX FILED**
October 17, 2013

| | |
|---|---|
| TINA SIMS AND ROSALIE K. ARNONE | DOCKET NO: 2013-0003239 DIV C |
| VERSUS | 21ST JUDICIAL DISTRICT COURT |
| DAVID M. POLASEK, WERNER ENTERPRISES, INC., AND ACE AMERICAN INSURANCE COMPANY | PARISH OF TANGIPAHOA<br>STATE OF LOUISIANA |
| Filed: OCT 2 1 2013 | s / TAMIE CHRISTMAS<br>Deputy Clerk |

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioners, Tina Sims and Rosalie K. Arnone, both individuals of full age of majority and domiciled in the State of Louisiana, who respectfully represent:

1.

Made defendants herein are the following:

**A. DAVID M. POLASEK**, of the full age of majority,who is domiciled in the State of Texas who will be served via Long Arm pursuant to Louisiana Revised Statue 13:3201 et seq.

**B. WERNER ENTERPRISES, INC.** a foreign business corporation, doing business in the State of Louisiana, whose agent for service of process is: National Registered Agents, Inc., 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808;

**C. ACE AMERICAN INSURANCE COMPANY**, a foreign insurer authorized to do and doing business in the State of Louisiana, whose agent for service of process is the Louisiana Secretary of State;

2.

On or about JANUARY 23, 2013, at approximately Five ten (5:10 pm) central standard time, petitioner Tina Sims was operating a 2002 Saturn SC, north bound on S. W. Railroad Avenue within the Parish of Tangipahoa, State of Louisiana. Rosalie K. Arnone was a guest passenger in the vehicle operated by Tina Sims.


DEFENDANT'S EXHIBIT

3.

Defendant, David M. Polasek, was at the same time and place above described, operating a 2013 Kenworth 18 wheeled vehicle, heading southbound S. W. Railroad Avenue within the Parish of Tangipahoa, State of Louisiana.

4.

At the above described time and location while Tina Sims was proceeding northbound on S. W. Railroad Avenue, when Tina Sims observed that traffic was backed up because of the red light at the Louisiana I-12 on / off ramp. Therefore Tina Sims slowed down, and stopped in observance of the traffic in front of her vehicle. While stopped, David M. Polasek violently and without warning struck the vehicle driven by Tina Sims and occupied by Rosalie K. Arnone, on the rear driver's side as David M. Polasek negligently and improperly turned left and entered the lane of travel properly occupied by Tina Sims and Rosalie K. Arnone, causing the collision and all resulting injuries to both Tina Sims and Rosalie K. Arnone. The defendant David M. Polasek was cited for violating Louisiana Revised Statute 32:79.

5.

The vehicle driven by David M. Polasek was owned by Werner Enterprises Inc., and driven with the permission of the owner and his employer Werner Enterprises Inc., rendering Ace American Insurance Company, Werner Enterprises Inc., and David M. Polasek liable for all personal injuries, damages and other losses suffered by Tina Sims and Rosalie K. Arnone.

6.

The sole and proximate cause of the above mentioned accident was the negligence, reckless disregard, legal fault, omissions, inattentiveness and wanton conduct of the defendant, **David M. Polasek**, in the following non-exclusive particulars:

    a.    Failure to maintain reasonable and proper control of the vehicle;

    b.    Failure to display warning devices as prescribed by LA R.S. 32:368;

    c.    Failure to keep and/or maintain a proper lookout;

    d.    Negligently Stopping his vehicle on a busy roadway when he could have pulled onto shoulder of roadway;

    e.    Driving in a generally careless, negligent, reckless and wanton manner;

f.    Breach of a legally imposed duty of care;

g.    Failure to remain alert;

h.    Failure to see what he should have seen;

I.    Operating a motor vehicle in an inattentive and distracted manner;

j.    Operating a motor vehicle in a reckless manner;

k.    Failing to act with the required degree of care commensurate with existing driving conditions;

l.    Violation of statutes enacted in Title 32 of the Louisiana Revised Statutes;

m.    Failing to exercise due care and caution for the safety of other motorists;

n.    Failing to obey the rules of highway driving;

o.    Failing to properly operate the brakes on the vehicle;

p.    Failing to do anything and/or to take evasive action to avoid this accident;

q.    Failing to see what should have been seen;

r.    Failing to maintain a safe distance from other vehicles;

s.    Failure to yield;

t.    Failure to stop; and,

u.    Any and all other acts of negligence and/or legal fault and/or omissions to be proved at the trial of this case.

7.

At all times relevant hereto, defendant David M. Polasek was insured and/or the vehicle David M. Polasek was driving, was insured under an automobile liability policy of insurance or other form of insurance issued by Ace American Insurance Company, rendering Ace American Insurance Company liable for all damages owed to Petitioner in amounts that are reasonable in the premises. Pursuant to Louisiana Revised Statute 22:655, Petitioner herein asserts a direct action against Ace American Insurance Company Inc., who at all times material herein, was the insurance carrier covering Werner Enterprises Inc., David M. Polasek and/or the vehicle driven by David M. Polasek, for all liability asserted herein by Petitioners Tina Sims and Rosalie K. Arnone.

8.

All of the herein-above named defendants are jointly, severally, and in solido liable to Petitioner for the damages sustained as a result of the automobile accident which is at issue in this lawsuit.

9.

David M. Polasek was employed with and in the course in scope of his employment with Werner Enterprises Inc., at the time of the accident on January 23, 2013.

10.

As a result of the negligence and/or fault of the Defendants, **Tina Sims** itemizes the damages suffered by her as follows:

Physical Pain and Suffering, past and future, resulting from collision

Medical Expenses, both past and future

Mental anguish and distress, past and future

Loss of enjoyment of life

Loss Wages, both past and future

Impairment of Wage Earning Capacity

11.

As a result of the negligence and/or fault of the Defendants, **Rosalie K. Arnone** itemizes the damages suffered by her as follows:

Physical Pain and Suffering, past and future, resulting from collision

Medical Expenses, both past and future

Mental anguish and distress, past and future

Loss of enjoyment of life

Loss Wages, both past and future

Impairment of Wage Earning Capacity

12.

Petitioner respectfully request written notice to undersigned counsel ten days in advance of the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in this

proceeding pursuant to Louisiana Code of Civil Procedure Article 1572, and Petitioners further request pursuant to Louisiana Code of Civil Procedure Article 1913 and 1914 immediate notice to undersigned counsel for all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

WHEREFORE, Petitioners, Tina Sims and Rosalie K. Arnone both pray that the defendants named herein be duly served with a certified copy of this petition and be duly cited to appear and answer same within the delays allowed by law, and after all due proceedings are had, that there be judgment rendered herein in favor of Petitioner and against defendants *jointly, severally, individually* and *in solido* for all damages as are deemed reasonable under the circumstances, including compensatory damages, special, and general damages, suffered by Petitioner together with legal interest thereon from the date of judicial demand until paid, and for all costs incurred associated with the prosecution of this claim, including but not limited to deposition expenses and expert witness fees taxed as costs. Petitioners further pray for all general and equitable relief as the law may permit.

Respectfully Submitted:

AGUILLARD LAW FIRM L.L.C.

BY: _____
Chad A. Aguillard, Bar Roll # 27,932
811 Parent Street
New Roads, La 70760
Attorney for Plaintiff
1-225-618-8081 (Phone)
1-225-618-8083 (Fax)

PLEASE SERVE THE FOLLOWING DEFENDANTS WITH THE PETITION FOR DAMAGES:

DAVID M. POLASEK,
who is domiciled in the State of Texas
who will be served via Long Arm 13:3201 et seq.

WERNER ENTERPRISES
whose agent for service of process is:
National Registered Agents, Inc.
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808;

ACE AMERICAN INSURANCE COMPANY
whose agent for service of process is:
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA
OCT DATE 2013
I, _____ do hereby certify that this document is a true and correct copy of the original thereof, consisting of ___ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3733.
DEPUTY CLERK