UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINA SIMS and ROSALIE K. ARNONE | CIVIL ACTION NO. cv-06621-KDE-KRW |
| VERSUS | JUDGE: KURT D. ENGELHARDT "N" |
| DAVID M. POLASEK, WERNER ENTERPRISES, INC., and ACE AMERICAN INSURANCE COMPANY | MAGISTRATE: KAREN WELLS ROBY 4<br><br>JURY TRIAL |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED** that the all claims asserted by Plaintiffs, Tina Sims and Rosalie K. Arnone, against Defendants, David M. Polasek, Werner Enterprises, and Ace American Insurance Company, are hereby dismissed with prejudice with each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this 29th day of ___September___ 2014.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE